# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Edalis PEDRAZA-Quinones<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:22mj-372<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 10, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 (a) & (b)(1) | being an alien, that is, a citizen of Mexico who was ordered deported by an Immigration Judge in Cleveland, Ohio on May 27, 2010 and removed from the United States on or about June 1, 2010 and convicted of Felonious Assault on December 18, 2013 by the Franklin County, Ohio Court of Common Pleas, was found on May 10, 2022 in Columbus, Ohio, without, prior to his re-entry and at a place outside the United States, obtaining the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of section 8 USC 1326(a) & (b)(1) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

SUHA D PENG
Digitally signed by SUHA D PENG
Date: 2022.05.24 08:21:22 -04'00'

*Complainant's signature*

Suha D. Peng, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME

Date: 05/24/2022

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE
CRIMINAL COMPLAINT OF:

CASE NO. 2:22-mj-372

EDALIS JESUS PEDRAZA-QUINONES

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Suha D. Peng, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer (DO) with Enforcement and Removal Operations (ERO), Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS), with 13 years of combined experience as a U.S. Border Patrol Agent and ICE Deportation Officer, duly appointed according to law and acting as such. I am assigned to the Columbus, Ohio ERO Office, Field Operations Team. I have investigated both criminal and administrative violations of immigration law. I have successfully completed the United States Border Patrol Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico.

2. During the course of investigating Edalis PEDRAZA-Quinones, I have learned the following facts:

3. Edalis PEDRAZA-Quinones is a citizen of Mexico with no legal status in the United States.

4. On or about May 21, 2010, PEDRAZA-Quinones was found guilty of Operating a Vehicle-Impaired, in violation of Ohio Revised Code (ORC) 4511.19(A)(1)(A), in the Franklin County, Ohio Municipal Court and sentenced to a suspended 19 days jail.

5. On or about May 24, 2010, PEDRAZA-Quinones was arrested by ICE officers in Columbus, Ohio. PEDRAZA-Quinones was charged administratively as an inadmissible alien as described in Section 212(a)(6)(A)(i) of the Immigration and Nationality Act and issued Alien Registration Number 200 811 556. On or about May 27, 2010, PEDRAZA-Quinones was administratively ordered removed to Mexico by an Immigration Judge in Cleveland, Ohio. On June 1, 2010, PEDRAZA-Quinones was physically removed from the United States to Mexico

pursuant to this order via the Laredo, Texas Port of Entry. On that day PEDRAZA-Quinones surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same. PEDRAZA-Quinones' departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration Form I-205.

6. On or about June 28, 2010, PEDRAZA-Quinones was arrested by the United States Border Patrol at or near Brownsville, Texas. PEDRAZA-Quinones was found inadmissible under section 212(7)(A)(i)(I) of the Immigration and Nationality Act (INA) and charged administratively for expedited removal as described in Section 235(b)(1) of the INA. On or about June 29, 2010, PEDRAZA-Quinones was physically removed from the United States to Mexico via the Brownsville/Gateway, Texas Port of Entry. Prior to removal, PEDRAZA-Quinones surrendered his fingerprint and photo for Immigration Form I-296 (Notice to Alien Ordered Removed/Departure Verification), a document that he signed. PEDRAZA-Quinones's removal was witnessed by an Immigration Officer.

7. On or about July 6, 2011, PEDRAZA-Quinones was arrested by ICE Officers in Columbus, Ohio. PEDRAZA-Quinones was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about July 12, 2011, PEDRAZA-Quinones was physically removed from the United States to Mexico via the Laredo, Texas Port of Entry. Prior to removal, PEDRAZA-Quinones surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. PEDRAZA-Quinones's removal was witnessed by an Immigration Officer.

8. On or about June 28, 2013, PEDRAZA-Quinones was arrested by ICE officers in Columbus, Ohio. PEDRAZA-Quinones was turned over to the Franklin County, Ohio Sherriff's Office for an outstanding warrant and booked into the Franklin County, Ohio Jail. On or about December 18, 2013, PEDRAZA-Quinones was found guilty of Felonious Assault Victim Seriously Harmed, in violation of ORC 2903.11, and sentenced to eight years prison. On or about April 21, 2021, PEDRAZA-Quinones was released to ICE officers from the Ohio Department of Rehabilitation and Corrections. PEDRAZA-Quinones was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about April 27, 2021, PEDRAZA-Quinones was physically removed from the United States to Mexico via the Brownsville, Texas Port of Entry. Prior to removal, PEDRAZA-Quinones surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. PEDRAZA-Quinones's removal was witnessed by an Immigration Officer.

9. On or about May 10, 2022, at approximately 3:30 PM, PEDRAZA-Quinones was encountered by an ICE officer while conducting an unrelated investigation. A vehicle stop had been conducted by the Ohio State Highway Patrol for a traffic violation. PEDRAZA-Quinones was interviewed, and he admitted to the officer that he was a citizen and national of Mexico without legal immigration status to live, work, or remain in the United States. PEDRAZA-Quinones' biographic information was queried in immigration and criminal history systems. Returned records indicated that PEDRAZA-Quinones had been previously removed from the United States four times and that he had been convicted of a felony. The ICE Officer arrested PEDRAZA-Quinones. After a verification of fingerprints, ICE determined that PEDRAZA-Quinones had previously been ordered removed from the United States and is subject to prosecution for illegal reentry. Biometric and records checks confirmed that PEDRAZA-Quinones has not requested, applied to, or received permission from, the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported, excluded, or removed.

10. I submit that the foregoing facts establish probable cause that PEDRAZA-Quinones has committed a violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1), in that PEDRAZA-Quinones is an alien who: (1) subsequent to sustaining a felony conviction has been denied admission, excluded, deported, or removed, or has been departed the United States while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or was found in the United Sates; and (3) did not have consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

SUHA D PENG
Digitally signed by SUHA D PENG
Date: 2022.05.24 08:28:16 -04'00'

Suha D. Peng
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 24th day of May 2022.

HON. ELIZABETH PRESTON DEAVERS
United States Magistrate Judge

3